**UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana**

UNITED STATES OF AMERICA

v.

Dwight Albert

Crmin. No. 053L 2:00CR00290-001N

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2005 JAN 28 PM 4:28
LORETTA G. WHYTE
CLERK

On June 04, 2002, the above named was placed on Supervised Release for a period of three years. Dwight Albert has complied with the rules and regulations of Supervised Release and is no longer in need of supervision. It is accordingly recommended that he be discharged from Supervised Release.

Respectfully submitted,

Marc S. Johnson
U.S. Probation Officer

**ORDER OF THE COURT**

Pursuant to the above report, it is ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Date this 28th day of January, 2005.

Kurt D. Engelhardt
Unites States District Judge

**Distribution:**
Original - Clerk's Office
2 Certified Copies - United States Probation Office
1 Certified Copy   - United States Attorney's Office
1 Certified Copy   - Defense Attorney
1 Certified Copy   - Defendant

DATE OF ENTRY
JAN 3 1 2005

___ Fee ___
___ Process
X   Dktd
___ CtRmDep
___ Doc. No.



# SEE RECORD FOR EXHIBITS OR ATTACHMENTS NOT SCANNED

